UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM H. SANDERS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-660-RLY-TAB |
| | ) | |
| INDIANA DEPARTMENT OF | ) | |
| CORRECTION, | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Comes now the court, having this day granted Defendant's motion to dismiss, and enters final judgment in its favor, and against the Plaintiff herein, William H. Sanders.

**SO ORDERED** this  9th   day of November 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court


_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

Scott Allen Benkie
BENKIE & CRAWFORD
sabenkie@aol.com

Cynthia B. De Nardi
INDIANA STATE ATTORNEY GENERAL
cynthia.denardi@atg.in.gov

Kathryn Lynn Morgan
INDIANA STATE ATTORNEY GENERAL
Kathryn.Morgan@atg.in.gov